UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD ANTHONY GALVAN,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT W. FOX, et al.,<br><br>Defendants. | No. 2:15-cv-1798 KJM DB P<br><br><br><br>ORDER |

Plaintiff has filed a document entitled "formal request for discovery evidence." (ECF No. 23.) Therein, plaintiff moves the court for an order directing defendants to provide him with certain documents and information related to his claims in this action.

Plaintiff is informed that court permission is not necessary for discovery requests and that neither discovery requests served on an opposing party nor that party's responses should be filed until such time as a party becomes dissatisfied with a response and seeks relief from the court pursuant to the Federal Rules of Civil Procedure. Discovery requests between the parties shall not be filed with the court unless, and until, they are at issue.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for discovery (ECF No. 23) is DENIED as unnecessary; and
2. Plaintiff is cautioned that further filing of discovery requests or responses, except as required by rule of court, may result in an order of sanctions, including, but not limited

1


1     to, a recommendation that this action be dismissed.

2 Dated: October 11, 2016

                                                    DEBORAH BARNES
                                                    UNITED STATES MAGISTRATE JUDGE

/DLB7;galv1798.411